

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-13-00591-CR

Camilla **CONNER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 10-1638-CR
Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is **DISMISSED**.

SIGNED October 16, 2013.

_____
Luz Elena D. Chapa, Justice